IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

:                    CRIMINAL ACTION

v.                          :

:                    NO. 15-363-01

GEORGE DOUGLAS ALSTON

## ORDER

**AND NOW**, this 13th day of March, 2017, upon consideration of the *pro se* Motion To

Dismiss Based On Illegal Sentence And Violation Of Petitioners Due Process Rights Under The

5th Amendment To The United States Constitution (ECF No. 21), it is **ORDERED** that the

Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_/s/ R. Barclay Surrick_
U.S. District Judge

cc:     Counsel
        Defendant

 3/13/2017              C. Franzese
 Date                   By Whom